FLEET CREDIT CORPORATION *v.* DONALD F. MILLER, COMMISSIONER OF REVENUE SERVICES

PRODUCTO MACHINE COMPANY ET AL. *v.* DONALD F. MILLER, COMMISSIONER OF REVENUE SERVICES

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 529 (AC 15515/15516/15517), is granted, limited to the following issue:

"Did the Appellate Court improperly determine that the plaintiff taxpayers were not liable for the payment of interest pursuant to General Statutes (Rev. to 1993) § 12-242d for the underpayment of their estimated corporate business tax?"

The Supreme Court docket number is SC 15679.

*Richard K. Greenberg,* assistant attorney general, in support of the petition.

*Donald E. Frechette* and *Jeremy A. Mellitz,* in opposition.

Decided May 1, 1997